# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
|  |  |
|---|---|
| **Eugene Scalia** )  |  |
|       **Petitioner,** ) | **1:19-mc-91541-FDS** |
| **v.** ) |  |
| ) |  |
| **UHS of Fuller, Inc./UHS of Delaware, Inc.** ) |  |
|       **Respondent** ) |  |

_____)

## ORDER OF RECUSAL

**Boal, M.J.**

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                                             /s/ Jennifer C. Boal
                                             Jennifer C. Boal
                                             United States Magistrate Judge

Date:  March 9, 2020